UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEAN PETERSEN,<br><br>　　　　　Defendant. | No. 2:16-cv-2480 KJM GGH<br><br><br>ORDER |

The parties to this action appeared by telephone before the court for hearing on plaintiff's Motion to Compel responses to discovery. Plaintiff was represented by Shanti Eagle and defendant was represented by Roseanne Lazzarotto. After hearing oral argument, the court makes the following Order.

Defendant's counsel is to draft a protective order and present it to plaintiff's counsel for review. They parties will then jointly present the document agreed to by the court no later than September 14, 2017, in Word format, for the signature of the court. The parties are warned that they may not agree to the sealing of any particular documents in the text of the protective order and should instead review the Ninth Circuit law and the Local Rules relating to sealing orders. The protective order should reflect recognition of the Ninth Circuit law.

Defendant shall respond to the discovery at issue no later than September 28, 2017, with the following caveats:

1

1. If objections are made to any request on the basis of privilege, defendant shall append a Privilege Log with the production documents.

2. If the District Judge issues an order staying these proceedings pursuant to the motion for such an order filed on August 25, 2017 and scheduled for hearing on September 22, 2017 before District Judge Kimberly J. Mueller, ECF No. 10, the discovery need not be the subject of response.

3. The parties shall adhere to the Pretrial Scheduling Order entered by the Court on March 24, 2017 unless and until a stay is granted.

**IT IS SO ORDERED**.

Dated: September 12, 2017

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE